**UNITED STATES of America, Plaintiff-Appellee**

v.

**Erick MAYORGA, Defendant-Appellant**

**No. 16-10048
Summary Calendar**

United States Court of Appeals, Fifth Circuit.

Date Filed: 12/06/2016

James Wesley Hendrix, Assistant U.S. Attorney, U.S. Attorney's Office, Northern District of Texas, Dallas, TX, for Plaintiff-Appellee

Erick Mayorga, Pro Se

Before REAVLEY, OWEN, and ELROD, Circuit Judges.

---

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be

published and is not precedent except under

**262**

PER CURIAM: *

The attorney appointed to represent Erick Mayorga has moved for leave to withdraw and has filed a brief in accordance with *Anders v. California*, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967), and *United States v. Flores*, 632 F.3d 229 (5th Cir. 2011). Mayorga has filed a response. We have reviewed counsel's brief and the relevant portions of the record reflected therein, as well as Mayorga's response. We concur with counsel's assessment that the appeal presents no nonfrivolous issue for appellate review. Accordingly, counsel's motion for leave to withdraw is GRANTED, counsel is excused from further responsibilities herein, and the APPEAL IS DISMISSED. *See* 5TH CIR. R. 42.2.

\* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.